IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JULIAN PEREZ, | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § | Civil Action No. 2:16-cv-00127 |
| NEW BREED LOGISTICS, INC., | | |
| Defendant. | | |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff and Defendant file this Joint Stipulation of Dismissal in the above-styled and numbered matter and show as follows:

1. The parties request that the Court dismiss this action because the parties have compromised and settled all alleged claims and controversies causing the suit to be filed.

2. For these reasons, the parties ask the Court to take notice of this Joint Stipulation of Dismissal and to dismiss this action against Defendant, with prejudice, and for such other relief, at law or in equity, to which the parties may be justly entitled.

Respectfully submitted,

| | |
|---|---|
| */s/ Adriaan T. Jansse (w/permission)* | */s/ Raven R. Applebaum* |
| Adriaan T. Jansse, MD, JD | Lara Cardin de Leon |
| S. Dist. No. 566674 | Texas Bar No. 24006957 |
| Texas Bar No. 24043740 | S. Dist. No. 358139 |
| CAVARETTA, KATONA | Raven R. Applebaum |
|   & LEIGHNER, PLLC | Texas Bar No. 24043644 |
| One Riverwalk Place | S. Dist. No. 1117871 |
| 700 N. St. Mary's Street, Suite 1500 | OGLETREE, DEAKINS, NASH, SMOAK |
| San Antonio, Texas 78205 |   & STEWART, P.C. |
| 210.588.2901 – Telephone | 112 East Pecan Street, Suite 2700 |
| 210.588.2908 – Facsimile | San Antonio, TX 78205 |
| | 210.354.1300 – Telephone |
| **ATTORNEY FOR PLAINTIFF** | 210.277.2702 – Facsimile |
| | **ATTORNEYS FOR DEFENDANT** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2018, I electronically transmitted the foregoing pleading, using the CM/ECF system of filing, which will transmit a Notice of Electronic Filing to the following counsel of record:

Adriaan T. Jansse
Cavaretta, Katona & Leighner, PLLC
One Riverwalk Place
700 N. St. Mary's Street, Suite 1500
San Antonio, Texas 78205

                                                 */s/ Raven R. Applebaum*
                                        Lara Cardin de Leon / Raven R. Applebaum

33339580.1