United States District Court
Southern District of Texas
**ENTERED**
March 16, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JULIAN PEREZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:16-CV-127 |
| | § | |
| NEW BREED LOGISTICS, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Joint Stipulation of Dismissal (D.E. 73), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 16th day of March, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE